### GOLDEN STAKES ADVERTISING COMPANY, Appellant, v. Albert GOLDMAN, Appellee.

#### No. 451.

Circuit Court of Appeals, Second Circuit.

July 17, 1936.

Edwards, Levy, Fishel & George, of Mineola, L. I., N. Y. (Alvin Lewis Weil and George Morton Levy, both of Mineola, L. I., N. Y., and Irving Goldberg, of New York City, on the brief), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Edward J. Ennis and Irvin C. Rutter, Asst. U. S. Attys., both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

This case involves exactly the same questions as are dealt with in National Conference on Legalizing Lotteries, Inc., et al. v. Albert Goldman, 85 F.(2d) 66, handed down herewith. For the reasons stated therein the decree is affirmed.